# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES

**NEWARK**
**Judge:** JOSE L. LINARES  Date:  06/27/2018
**Court Reporter:** PHYLLIS LEWIS  Docket No: CR. 2:18-096 (JLL)

**Title of the Case:**

UNITED STATES OF AMERICA
v
MARILYN CRESPO

**Appearances:**

Rahul Agarwal,  AUSA
Kenneth W. Kayser, Attorney for Defendant
Susan Smalley,  USPO

**Nature of Proceedings:**

SENTENCE: 12 Months + 1 Day
SUPERVISED RELEASE: 1Year
SPECIAL CONDITIONS:
- No Drugs/Alcohol
- No New Debt
- Financial Disclosure
- IRS
- Motor Vehicle compliance
- Mental Health Treatment

Special Assessment:   $100.00 (due immediately)
Fine:   WAIVED
Restitution: $286,742 (due immediately)
Surrender Date: Monday, 11/05/18 at/or before Noon
Deft. advised of the right to appeal
Recommendation to BOP:
  A facility for service of sentence close to family/residence in Reading, Pennsylvania
  RDAP

Commenced: 11:00 a.m.
Concluded:  12:00 p.m.
.

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Honorable Jose L. Linares, U.S.D.J.